Misc. No. 12–8032/AR. Nidal M. Hasan, Petitioner v. Gregory Gross, Colonel, United States Army, Military Judge, Respondent. CCA 20120667. On consideration of the petition for extraordinary relief in the nature of a writ of prohibition to prevent the military judge from ordering the forcible shaving of Petitioner's facial hair, and Petitioner's motion for a stay of proceedings, it is ordered that said motion for a stay of proceedings is hereby granted, pending further order of the Court.

383

Respondent will file an answer to said petition on or before 12:00 p.m., EDT, August 22, 2012.